AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-403-

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____9____ COPIES OF AO FORM 85.

__6-15-05__
(Date forms issued)

__Billy Gilbert__
(Signature of Party or their Representative)

__Billy Gilbert__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action