AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Rick Hartman,individually and on behalf
of all others similarly situated,
      Plaintiff,

                    V.

Pathmark Stores, Inc., William J. Begley,
Warren F. Bryant, Daniel H. Fitzgerald,
Eugene M. Freedman, Bruce Hartman,
James L. Moody, Jr., Eileen R. Scott,
and Frank G. Vitrano,
      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 5 - 4 0 3 ..

TO: (Name and address of Defendant)

William J. Begley              Eileen R. Scott
Warren F. Bryant               Frank G. Vitrano
Daniel H. Fitzgerald           c/o Prentice Hall Corp. System, Inc.
Eugene M. Freedman             2711 Centerville Road, Suite 400
Bruce Hartman                  Wilmington, DE 19808
James L. Moody, Jr.

      **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth M. McGeever, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          JUN 1 5 2005

_____         _____
CLERK                                DATE

_Ed Strickler_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE<br>6/16/05 |
|---|---|
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐    Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

_____

_____

☒    Other (specify):    SERVED: WILLIAM BEGLEY, WARREN BRYANT, DANIEL FITZGERALD, EUGENE FREEDMAN, BRUCE HARTMAN, JAMES MOODEY, JR., EILEEN SCOTT & FRANK VITRANO ALL IN C/O PRENTICE HALL 2711 CENTERVILLE RD. WILM. DE COPIES THEREOF WERE ACCEPTED BY MARRY DRUMMOND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/05
_____          _____
            Date                              *Signature of Server*
                                    BRANDYWINE PROCESS SERVERS, LTD.
                                    P.O. BOX 1360
                                    WILMINGTON, DE 19899-1360
                                    302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.