IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO<br><br>Defendants. | C.A. 05-403-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED this 30th day of June, 2005, by counsel for plaintiff and counsel for all defendants, subject to the approval of the Court, that the time by which all defendants shall be required to move, answer or otherwise respond to the Complaint in this action is extended until August 19, 2005.

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (Del. Bar No. 2057)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
Attorneys for Plaintiff Rick Hartman

OF COUNSEL:

Sherrie R. Savett
Arthur Stock
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

-1-

Abott A. Leban
BERGER & MONTAGUE, P.C.
919 Market Street, Suite 425
Wilmington, DE 19801
(302) 571-8626

James M. Orman
1845 Walnut Street
15th Floor
Philadelphia, PA 19103
(215) 523-7800

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ William M. Lafferty*
William M. Lafferty (Del. Bar No. 2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
  Attorneys for Defendants Pathmark Stores, Inc.,
  William J. Begley, Warren F. Bryant, Daniel H.
  Fitzgerald, Eugene M. Freedman, Bruce Hartman,
  James L. Moody, Jr., Eileen R. Scott, and Frank G.
  Vitrano

OF COUNSEL:

Richard F. Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000


IT IS SO ORDERED this _____ day of _____, 2005.

_____
           Judge

472277