IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>Defendants. | CIVIL ACTION NO. 05-403(JJF) |

**MOTION BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Rick Hartman hereby moves this Court under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for his appointment to serve as Lead Plaintiff in this securities fraud class action under Section 21D(a)(3)(B)(v), and for the approval of his choice of Berger & Montague, P.C. as Plaintiff's Lead Counsel, and Prickett, Jones & Elliott, P.A. as Local Counsel. In support thereof, Hartman, through his counsel, states as follows:

1. Hartman, as the Proposed Lead Plaintiff, has timely filed his motion and, pursuant to the PSLRA, is believed to constitute the investor with the largest financial interest in the outcome of the case. The Proposed Lead Plaintiff meets the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that his claims are typical of the claims of the class, and he will

fairly and adequately represent the interests of the class. Hartman's choice of counsel should be accepted by this Court because his selected counsel are nationally recognized firms with extensive experience and expertise in securities fraud and other class actions.

2. In further support of his motion, Hartman relies on the accompanying Memorandum of Law and the Declaration of Arthur Stock filed herewith.

Dated: August 15, 2005

*[signature]*
**PRICKETT, JONES & ELLIOTT, P.A.**
Elizabeth M. McGeever (Del. Bar No. 2057)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
(302) 888-6500
(302) 658-8111 (Fax)

*Proposed Local Counsel*

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Arthur Stock
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4636 (Fax)

and

**BERGER & MONTAGUE, P.C.**
Abbott A. Leban (Del. Bar No. 3751)
919 Market Street, Suite 425
Wilmington, DE 19801
(302) 571-8626
(302) 571-8602 (Fax)
*Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 15th day of August, 2005, I electronically filed the foregoing (1) MOTION (AND PROPOSED ORDER) BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; (2) DECLARATION OF ARTHUR STOCK IN SUPPORT OF MOTION BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; and (3) MEMORANDUM OF LAW IN SUPPORT OF MOTION BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> William M. Lafferty, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

_____
Elizabeth M. McGeever (#2057)