IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>Defendants. | CIVIL ACTION NO. 05-403(JJF) |

## [PROPOSED] ORDER

This Court, having considered Rick Hartman's Motion for Appointment as Lead Plaintiff and for Approval of Movant's Selection of Lead Counsel, the memorandum of law submitted in support thereof, and the Declaration of Arthur Stock, Esq. submitted in support thereof, hereby orders as follows:

1. Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), Hartman is selected as Lead Plaintiff for the Class.

2. Lead Plaintiff's selection of counsel is approved pursuant to section 21(D)(a)(3)(B)(V) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(V), the law firm of Berger & Montague, P.C. is appointed as Lead Counsel in the action, and Prickett, Jones & Elliott, P.A. is hereby appointed Local Counsel.

IT IS SO ORDERED.

Date: _____          _____
                                                                      U.S.D.J.