IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br>Defendants. | CIVIL ACTION NO. 05-403 |

### DECLARATION OF ARTHUR STOCK IN SUPPORT OF MOTION BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

ARTHUR STOCK hereby declares as follows:

1. I am an attorney admitted to practice in Pennsylvania, and I am a shareholder of the law firm of Berger & Montague, P.C. which represents Rick Hartman.

2. I make this Declaration in Support of the Motion of Rick Hartman for Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel.

3. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
|---|---|
| A | Certification of Rick Hartman; |
| B | Notice to members of the Class published via *PR Newswire* on May 2, 2005 |
| C | Firm Resume of Berger & Montague, P.C. |
| D | Firm Resume of Prickett, Jones & Elliott, P.A. |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 12, 2005

_____
ARTHUR STOCK

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 15th day of August, 2005, I electronically filed the foregoing (1) MOTION (AND PROPOSED ORDER) BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; (2) DECLARATION OF ARTHUR STOCK IN SUPPORT OF MOTION BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; and (3) MEMORANDUM OF LAW IN SUPPORT OF MOTION BY RICK HARTMAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>William M. Lafferty, Esquire
>Morris Nichols Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

_____
Elizabeth M. McGeever (#2057)