# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6521
Writer's Telecopy Number: (302) 888-6554
Writer's E-Mail Address: EMMcgeever@prickett.com

August 15, 2005

<u>VIA E-FILE & HAND DELIVERY</u>

The Hon. Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

   Re:   <u>Hartman v. Pathmark Stores, Inc., et al., C.A. No. 05-403 (JJF)</u>

Dear Judge Farnan:

   Enclosed for the Court is a copy of the following pleadings which were electronically filed today:

   (1)   Motion (and Proposed Order) By Rick Hartman, For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel;

   (2)   Declaration of Arthur Stock in Support of Motion By Rick Hartman, For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel; and

   (3)   Memorandum of Law in Support of Motion By Rick Hartman, For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel.

                              Respectfully,

                              *[signature]*
                              Elizabeth M. McGeever
                              (DE Bar ID No. 2057)

EMM/smc
Enclosures
cc:   William M. Lafferty, Esquire (via e-file)
      Clerk of the Court (via e-file)

19644.1\282281v1