UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>Defendants. | Civil Action No. 05-403-JJF |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Pathmark Stores, Inc., William J. Begley, Warren F. Bryant, Daniel H. Fitzgerald, Eugene M. Freedman, Bruce Hartman, James L. Moody, Jr., Eileen R. Scott, and Frank G. Vitrano (the "Defendants"), hereby move to dismiss the complaint on the grounds that it fails to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). Defendants are contemporaneously filing an opening brief in support of this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ William M. Lafferty

William M. Lafferty (#2755)
Susan W. Waesco (#4476)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
  Attorneys for Defendants

OF COUNSEL:

SHEARMAN & STERLING LLP
Richard F. Schwed
Alan S. Rabinowitz
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000

August 19, 2005

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on August 19th, 2005 I electronically filed **Defendants' Motion to Dismiss**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> Elizabeth M. McGeever
> Prickett, Jones & Elliott, P.A.
> 1310 King Street
> Wilmington, DE 19801

I also certify that copies were caused to be served on August 19th, 2005 upon the following in the manner indicated:

**BY HAND:**

Elizabeth M. McGeever
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
  Attorneys for Defendants

August 19, 2005