UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>    v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>                   Defendants. | Civil Action No. 05-403-JJF |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

WHEREAS, Defendants, Pathmark Stores, Inc., William J. Begley, Warren F. Bryant, Daniel H. Fitzgerald, Eugene M. Freedman, Bruce Hartman, James L. Moody, Jr., Eileen R. Scott, and Frank G. Vitrano (the "Defendants") moved to dismiss the complaint;

WHEREAS, the Court has considered the briefs submitted by Defendants and Plaintiff, and/or heard from counsel.

IT IS HEREBY ORDERED this ___ day of _____, 2005 that Defendants' motion to dismiss is GRANTED, and the complaint is DISMISSED with prejudice.

_____
The Honorable Joseph J. Farnan