## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 05-403-JJF |
| v. | |
| PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO, | |
| Defendants. | |

## DECLARATION OF ALAN RABINOWITZ

Alan Rabinowitz, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1.     I am a member of the Bar of the State of New York and associated with the firm of Shearman & Sterling LLP, of counsel to defendants in the above-captioned proceeding. I submit this declaration in support of defendant's Motion to Dismiss the Complaint.

2.     Attached hereto as Exhibit A is a true and correct copy of the proxy statement, dated May 6, 2005, delivered by Pathmark Stores, Inc. ("Pathmark") to its shareholders.

3.     Attached hereto as Exhibit B is a true and correct copy of a supplement to Pathmark's May 6 proxy statement, dated May 26, 2005.

4.     Attached hereto as Exhibit C is a true and correct copy of a supplement to Pathmark's May 6 proxy statement, dated May 31, 2005.

NYDOCS04/437437.1

5.    Attached hereto as Exhibit D is a true and correct copy of a supplement to Pathmark's May 6 proxy statement, dated June 2, 2005.

6.    Attached hereto as Exhibit E is a true and correct copy of a supplement to Pathmark's May 6 proxy statement, dated June 3, 2005.

7.    Attached hereto as Exhibit F is a true and correct copy of a supplement to Pathmark's May 6 proxy statement, dated June 7, 2005.

8.    Attached hereto as Exhibit G is a true and correct copy of a print-out from Dow Jones Reuter Business Interactive LLC showing the 12-month history of the trading price of Pathmark's shares.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2005 in New York, New York.

_____
Alan Rabinowitz

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on August 19th, 2005 I electronically

filed the **Declaration of Alan Rabinowitz**, with the Clerk of Court using CM/ECF, which will

send notification of such filing(s) to the following:

>Elizabeth M. McGeever
>Prickett, Jones & Elliott, P.A.
>1310 King Street
>Wilmington, DE  19801

I also certify that copies were caused to be served on August 19th, 2005 upon the

following in the manner indicated:

**BY HAND:**

Elizabeth M. McGeever
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com
    Attorneys for Defendants

August 19, 2005