UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>              Defendants. | Civil Action No. 05-403-JJF |

## COMPENDIUM OF UNREPORTED OPINIONS CITED IN
## OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

MORRIS, NICHOLS, ARSHT & TUNNELL
William M. Lafferty (#2755)
Susan W. Waesco (#4476)
1201 N. Market Street
  Wilmington Delaware 19801
  (302) 658-9200
    *Attorneys for Defendants Pathmark Stores, Inc. William J. Begley, Warren F. Bryant, Daniel H. Fitzgerald, Eugene M. Freedman, Bruce Hartman, James L. Moody, Jr., Eileen R. Scott, and Frank G. Vitrano*

OF COUNSEL:

Richard F. Schwed
Alan S. Rabinowitz
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000
August 19, 2005

## TABLE OF CONTENTS

| | Tab |
|---|---|
| **Cases** | |
| *Freedman v. Restaurant Assocs. Indus.*, 1990 WL 135923 (Del. Ch. Sept. 21, 1990) | 1 |
| *Golden Cycle LLC v. Allan*, 1998 WL 276224 (Del. Ch. May 20, 1999) | 2 |
| *Herd v. Major Realty Corp.*, 1990 WL 212307 (Del. Ch. Dec. 21, 1990) | 3 |
| *In re Golden State Bancorp Inc.*, 2000 WL 62964 (Del. Ch. Jan. 7, 2000) | 4 |
| *In re KDI Corp. S'holders Litig.*, 1990 WL 201385 (Del. Ch. Dec. 13, 1990) | 5 |
| *In re Tally Indus. S'holders Litig.*, 1998 WL 191939 (Del. Ch. Apr. 13, 1998) | 6 |
| *In re Tyson Foods, Inc.*, 2004 WL 1396269 (D. Del. June 17, 2004) | 7 |
| *In re Wheelabrator Techs. Inc. S'holders Litig.*, 1992 WL 212595 (Del. Ch. Sept. 1, 1992) | 8 |
| *Lebhar Friedman, Inc. v. Movielab, Inc.*, 1987 WL 5793 (S.D.N.Y. Jan. 13, 1987) | 9 |
| *Skeen v. Jo-Ann Stores, Inc.*, 1999 WL 803974 (Del. Ch. Sept. 27, 1999), *aff'd*, 750 A.2d 2270 (Del. 2000) | 10 |
| *Wisconsin Inv. Bd. v. Bartlett*, 2000 WL 238026 (Del. Ch. Feb. 24, 2000) | 11 |

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on August 19th, 2005 I electronically filed the **Compendium Of Unreported Opinions Cited In Opening Brief In Support Of Defendants' Motion To Dismiss**, with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> Elizabeth M. McGeever
> Prickett, Jones & Elliott, P.A.
> 1310 King Street
> Wilmington, DE 19801

I also certify that copies were caused to be served on August 19th, 2005 upon the following in the manner indicated:

### BY HAND:

Elizabeth M. McGeever
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

> MORRIS, NICHOLS, ARSHT & TUNNELL
>
> /s/ William M. Lafferty
> William M. Lafferty (#2755)
> 1201 N. Market Street
> Wilmington, Delaware 19801
> (302) 658-9200
> wlafferty@mnat.com
>    Attorneys for Defendants

August 19, 2005