IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, and FRANK G. VITRANO,<br><br>  Defendants. | C.A. No. 05-403-(JJF) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Arthur Stock and Sherrie R. Savett to represent plaintiffs in this action.

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiffs

### ORDER GRANTING MOTION

The foregoing application of Arthur Stock, Esquire and Sherrie R. Savett, Esquire for admission to practice in this action pro hac vice is hereby granted.

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

19644.1\282678v1

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 22nd day of August, 2005, I electronically filed the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>William M. Lafferty, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, Delaware 19801

_____
Elizabeth M. McGeever (#2057)