IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-403-(JJF) |
| | : | |
| v. | : | |
| | : | |
| PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, and FRANK G. VITRANO, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER

Subject to the approval of the Court, the parties hereby stipulate and agree that the date for plaintiff to file his answering brief in opposition to defendants' motion to dismiss is extended until Tuesday, September 20, 2005.

PRICKETT, JONES & ELLIOTT, P.A.

_____
Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
(302) 888-6500
Attorneys for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, DE 19801
(302) 575-7341
Attorneys for Defendants

2

SO ORDERED this _____ day of August, 2005.

_____
Joseph J. Farnam, Jr., U.S.D.J.

## CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 24th day of August, 2005, I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>William M. Lafferty, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, Delaware 19801

Elizabeth M. McGeever (#2057)