IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>Defendants. | C.A. No. 05-403-JJF |

## STIPULATION AND ORDER

Subject to the approval of the Court, the parties hereby stipulate and agree that the date for defendants to file their reply brief in support of their motion to dismiss is extended until Tuesday, October 11, 2005.

| PRICKETT, JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Elizabeth M. McGeever | /s/ William M. Lafferty |
| Elizabeth M. McGeever (#2057)<br>1310 King Street<br>Wilmington, DE 19801<br>(302) 888-6500<br>  Attorneys for Plaintiff | William M. Lafferty (#2755)<br>Susan W. Waesco (#4476)<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 658-9200<br>  Attorneys for Defendants |

SO ORDERED this ___ day of September, 2005.

_____
Joseph J. Farnan, Jr., U.S.D.J.