IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICK HARTMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PATHMARK STORES, INC., WILLIAM J. BEGLEY, WARREN F. BRYANT, DANIEL H. FITZGERALD, EUGENE M. FREEDMAN, BRUCE HARTMAN, JAMES L. MOODY, JR., EILEEN R. SCOTT, AND FRANK G. VITRANO,<br><br>　　　　　　　　　　Defendants. | C.A. No. 05-403-JJF |

## STIPULATION AND ORDER

　　　　Subject to the approval of the Court, the parties hereby stipulate and agree that the date for defendants to file their reply brief in support of their motion to dismiss is extended until Tuesday, October 18, 2005.

PRICKETT, JONES & ELLIOTT, P.A.　　　　MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Elizabeth M. McGeever　　　　　　　　/s/ William M. Lafferty
Elizabeth M. McGeever (#2057)　　　　　　William M. Lafferty (#2755)
1310 King Street　　　　　　　　　　　　　Susan W. Waesco (#4476)
Wilmington, DE 19801　　　　　　　　　　 1201 N. Market Street
(302) 888-6500　　　　　　　　　　　　　　Wilmington, Delaware 19801
　Attorneys for Plaintiff　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

　　　　SO ORDERED this ___ day of October, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Joseph J. Farnan, Jr., U.S.D.J.