# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William M. Lafferty
302 575 7341
302 425 4679 Fax
wlafferty@mnat.com

October 19, 2005

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   District of Delaware
844 North King Street
Wilmington, Delaware  19801

      Re:    *Hartman v. Pathmark Stores, Inc., et al.*, C.A. No. 05-403 (JJF)

Dear Judge Farnan:

      Pursuant to Local Rule 7.1.4, Defendants in the above-captioned action hereby request oral argument on their motion to dismiss the complaint.

                                  Respectfully,

                                    William M. Lafferty
                                    (Del. Bar No. 2755)

cc.      Dr. Peter T. Dalleo, Clerk
           Elizabeth M. McGeever, Esquire (by e-filing)