IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICK HARTMAN, individually and :
on behalf of all others :
similarly situated, :
:
      Plaintiff, : Civil Action No. 05-403-JJF
:
v. :
:
PATHMARK STORES, INC., et al. :

O R D E R

At Wilmington, this 8th day of March, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss (D.I. 10) is **GRANTED**;

2. Counts I and II of Plaintiff's Complaint (D.I. 1) are **DISMISSED** with prejudice;

3. Count III of Plaintiff's Complaint (D.I. 1) is **DISMISSED** without prejudice;

4. Plaintiff's Motion By Rick Hartman, For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel (D.I. 6) is **DENIED** as moot.

                                                            /s/ Joseph J. Farnan
                                            UNITED STATES DISTRICT JUDGE