```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

RICK HARTMAN, individually and  :
on behalf of all others         :
similarly situated,             :
                                :
         Plaintiff,             :
                                :  Civil Action No. 05-403-JJF
    v.                          :
                                :
PATHMARK STORES, INC., et al.   :
                                :
         Defendants.            :

---

Elizabeth M. McGeever, Esquire of PRICKETT, JONES & ELLIOT, P.A., Wilmington, Delaware.
<u>Of Counsel</u>: Sherrie R. Savett, Esquire and Arthur Stock, Esquire of BERGER & MONTAGUE, P.C., Philadelphia, Pennsylvania; Abbott A. Leban of BERGER & MONTAGUE, P.C., Wilmington, Delaware; James M. Orman, Esquire, Philadelphia, Pennsylvania.
Attorneys for Plaintiff.

William M. Lafferty, Esquire and Susan W. Waesco, Esquire of MORRIS, NICHOLS, ARSHT & TUNNELL, Wilmington, Delaware.
<u>Of Counsel</u>: Richard F. Schwed, Esquire and Alan S. Rabinowitz, Esquire of SHEARMAN & STERLING LLP, New York, New York.
Attorneys for Defendant.

---

## **MEMORANDUM OPINION**

March 8, 2006
Wilmington, Delaware