```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

RICK HARTMAN, individually and     :
on behalf of all others            :
similarly situated,                :
                                   :
       Plaintiff,                 :
                                   :   Civil Action No. 05-403-JJF
  v.                               :
                                   :
PATHMARK STORES, INC., et al.      :
                                   :
       Defendants.                :

## O R D E R

WHEREAS, the Court entered a Memorandum Opinion dated March 8, 2006 (D.I. 22), in which the attorneys for the parties were incorrectly identified;

NOW THEREFORE, IT IS HEREBY ORDERED that the cover page of the Memorandum Opinion dated March 8, 2006 (D.I. 22) be amended as attached.

March 9, 2006
    DATE

*[signed]* Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE